1  Jacob A. Gillick, Esq., SBN 312336
   3990 Old Town Ave
2  Suite A200
   San Diego, CA 92101
3  Telephone: (858) 250-0656

4  Attorneys for Plaintiff Tibrio, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TIBRIO, LLC, a Delaware Limited Liability Company, | Case No. 3:25-cv-01068-GPC-JLB |
|---|---|
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| SBG MEDIA, INC, a Florida Corporation; ANDREW "ANDY" GOLD, an individual, SBG MEDIA ENTERPRISE, LLC, a Florida Limited Liability Company; SBG MEDIA RESOURCES, LLC, a Florida Limited Liability Company, and DOES 1-100, inclusive. | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, the contact information for Jacob A. Gillick and Gillick Legal, APC has changed. The new address for service of documents is as follows:

/ / /

/ / /

/ / /

1

NOTICE OF CHANGE OF ADDRESS

| | |
|---|---|
| 1 | **New Address:** |
| 2 | Gillick Legal, APC |
| 3 | 3990 Old Town Ave., Suite A200 |
| 4 | San Diego, CA 92110 |
| 5 | Telephone: (858) 250-0656 |
| 6 | Email: jgillick@gillicklegal.com |

Please update your records accordingly. All future correspondence, pleadings, and service of process should be directed to the above address.

Dated:  May 21, 2025                    **Gillick Legal, APC**

By:  _____
Jacob A. Gillick, Esq.
Attorneys for Plaintiff Tibrio, LLC