1 | **RESNICK & LOUIS, P.C.**
2 | Kenneth O. Taylor, III, Esq. (SBN: 253074)
3 | Devin A. De Loa (SBN: 326063)
4 | 9891 Irvine Center Drive, Suite 200
5 | Irvine, CA 92618
6 | Telephone: (714) 709-4400
7 | Facsimile: (714) 709-4400
8 | Email: ktaylor@rlattorneys.com
9 |        ddeloa@rlattorneys.com

*Attorneys for Defendants Andrew "Andy" Gold, and SBG Media Enterprise LLC*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBRIO LLC, a Delaware Limited Liability Company,<br><br>      Plaintiff,<br><br>v.<br><br>SBG MEDIA, INC, a Florida Corporation; ANDREW "ANDY" GOLD, an individual, SBG MEDIA ENTERPRISE, LLC, a Florida Limited Liability Company; SBG MEDIA RESOURCES, LLC, a Florida Limited Liability Company, and DOES 1-100, inclusive.<br><br>      Defendants. | Case No: 3:25-cv-01068-GPC-JLB<br><br>**DEFENDANTS ANDREW "ANDY" GOLD, AND SBG MEDIA ENTERPRISE LLC'S ANSWER TO PLAINTIFF TIBRIO LLC'S FIRST AMENDED COMPLAINT**<br><br>Hon. Gonzalo P. Curiel<br>Complaint Filed: April 25, 2025<br>First Amended Complaint: May 21, 2025 |

COMES NOW Defendants, ANDREW "ANDY" GOLD and SBG MEDIA ENTERPRISE LLC (hereinafter "Defendants") to answer, deny, and allege as follows, where each paragraph number herein corresponds to the same paragraph number in Plaintiff TIBRIO LLC'S First Amended Complaint:

**DEFENDANTS ANDREW "ANDY" GOLD AND SBG MEDIA ENTERPRISE LLC'S ANSWER TO PLAINTIFF TIBRIO LLC'S FIRST AMENDED COMPLAINT**

1

## JURISDICTION AND VENUE

1. Admit that the causes of action in this matter include breach of contract and indemnity. Deny as to the remaining allegations contained in paragraph 1.

2. Deny.

3. Defendants have insufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint and, therefore, deny on that basis.

4. Admit that paragraph 4 outlines the causes of action and requested relief in Plaintiff's First Amended Complaint.

## THE PARTIES

5. Defendants have insufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint regarding Plaintiff Tibrio and, therefore, deny on that basis. Defendants deny the remainder of the allegations in paragraph 5.

6. Defendants are not answering on behalf of this entity and therefore deny on that basis.

7. Defendants admit that SBG Media Enterprise, LLC, is located in Boynton Beach, Florida and acts as a publisher for advertisers, including the transmission of marketing e-mails. Defendants deny the remainder of the allegations in paragraph 7.

///

8. Defendants are not answering on behalf of this entity and therefore deny on that basis.

9. Deny.

10. Defendants have insufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint and, therefore, deny on that basis.

## ALTER EGO ALLEGATIONS

11. Admit as to Defendant Andrew "Andy" Gold. Defendants have insufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint regarding the "Doe" Defendants and, therefore, deny on that basis.

12. Admit that Defendant Andrew "Andy" Gold is the principal and manager of the entities. Deny as the remainder of the allegations contained in paragraph 12.

13. Deny.

14. Deny.

15. Deny.

16. Deny.

17. Deny.

///

///

**DEFENDANTS ANDREW "ANDY" GOLD AND SBG MEDIA ENTERPRISE LLC'S ANSWER TO PLAINTIFF TIBRIO LLC'S FIRST AMENDED COMPLAINT**

## VENUE AND JURISDICTION

18. Defendants have insufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 18 of the Complaint and, therefore denies on that basis.

19. Defendants are not answering on behalf of this entity and therefore deny on that basis.

20. Admit that Defendant SBG Media Enterprise, LLC, is a Boynton Beach, Florida operating out Boynton Beach, Florida. Deny that Defendant Andrew Gold, is also a resident of Boynton Beach, Florida.

21. Defendants are not answering on behalf of this entity and therefore deny on that basis.

22. Defendants have insufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 22 of the Complaint and, therefore, denies on that basis.

23. Defendants have insufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 23 of the Complaint and, therefore, denies on that basis.

## STATEMENT OF FACTS

24. Defendants have insufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 24 regarding the relationship between

ZeetoGroup, LLC and Plaintiff Tibrio, LLC and, therefore, deny on that basis. Upon information and belief, Defendants admit the remainder of the allegations in paragraph 24.

25. Defendants deny that Defendants SBG Media, Inc., SBG Media Enterprise, LLC, and SBG Media Resources, LLC collectively acted as "Publishers" or collectively entered into any agreement with Plaintiff.

26. Defendants deny that Defendants SBG Media, Inc., SBG Media Enterprise, LLC, and SBG Media Resources, LLC collectively acted as "Publishers" or collectively entered into any agreement with Plaintiff.

27. Defendants deny that Defendants SBG Media, Inc., SBG Media Enterprise, LLC, and SBG Media Resources, LLC collectively acted as "Publishers" or collectively entered into any agreement with Plaintiff and generally deny all allegations contained in paragraph 27.

28. Defendants deny that Defendants SBG Media, Inc., SBG Media Enterprise, LLC, and SBG Media Resources, LLC collectively acted as "Publishers" or collectively entered into any agreement with, or made promises to, Plaintiff.

## FIRST CAUSE OF ACTION

## BREACH OF WRITTEN CONTRACT

## (Plaintiff against All Defendants and DOES 1-100)

29. Admit.

**DEFENDANTS ANDREW "ANDY" GOLD AND SBG MEDIA ENTERPRISE LLC'S ANSWER TO PLAINTIFF TIBRIO LLC'S FIRST AMENDED COMPLAINT**

30. Defendants deny that Defendants SBG Media, Inc., SBG Media Enterprise, LLC, and SBG Media Resources, LLC collectively entered into any agreement with Plaintiff. Defendants also deny that Tibrio is named as a party to the agreement or is a signatory thereto.

31. Defendants deny that Defendants SBG Media, Inc., SBG Media Enterprise, LLC, and SBG Media Resources, LLC collectively entered into any agreement with Plaintiff. Defendants also generally deny all allegations contained in paragraph 27.

32. Defendants have insufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 32 of the Complaint and, therefore, deny on that basis.

33. Defendants deny that Defendants SBG Media, Inc., SBG Media Enterprise, LLC, and SBG Media Resources, LLC collectively entered into any agreement with Plaintiff. Defendants also deny that Tibrio is named as a party to the agreement or is a signatory thereto.

34. Defendants deny that Defendants SBG Media, Inc., SBG Media Enterprise, LLC, and SBG Media Resources, LLC collectively entered into any agreement with Plaintiff. Defendants also deny that Tibrio is named as a party to the agreement or is a signatory thereto. Defendants deny that Defendants SBG Media, Inc., SBG Media Enterprise, LLC, SBG Media Resources, LLC, and Andy Gold entered into any agreement with Plaintiff.

**DEFENDANTS ANDREW "ANDY" GOLD AND SBG MEDIA ENTERPRISE LLC'S ANSWER TO PLAINTIFF TIBRIO LLC'S FIRST AMENDED COMPLAINT**

6

35. Deny.

## SECOND CAUSE OF ACTION

## BREACH OF ORAL CONTRACT

## (Plaintiff against All Defendants and DOES 1-100)

36. Admit.

37. Defendants have insufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 32 of the Complaint and, therefore, denies on that basis.

38. Defendants deny that Defendants SBG Media, Inc., SBG Media Enterprise, LLC, SBG Media Resources, LLC, and Andy Gold entered into any agreement with Plaintiff. Defendants also generally deny the paragraph in its entirely.

39. Deny.

## THIRD CAUSE OF ACTION

## BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING

## (Plaintiff against All Defendants and DOES 1-100)

40. Admit.

41. Defendants deny that Defendants SBG Media, Inc., SBG Media Enterprise, LLC, and SBG Media Resources, LLC collectively entered into any agreement with Plaintiff. Defendants also deny that Tibrio is named as a party to the agreement or is a signatory thereto. Defendants generally deny paragraph 41 in its entirety.

DEFENDANTS ANDREW "ANDY" GOLD AND SBG MEDIA ENTERPRISE LLC'S ANSWER TO PLAINTIFF TIBRIO LLC'S FIRST AMENDED COMPLAINT

7

42. Defendants have insufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 42 of the Complaint as it relates to the other Third-Party Defendants and, therefore, denies on that basis. Defendants also deny that Defendants SBG Media, Inc., SBG Media Enterprise, LLC, and SBG Media Resources, LLC collectively entered into any agreement with Plaintiff. Defendants also deny that Tibrio is named as a party to the agreement or is a signatory thereto.

43. Deny. Defendants also deny that Defendants SBG Media, Inc., SBG Media Enterprise, LLC, and SBG Media Resources, LLC collectively entered into any agreement with Plaintiff. Defendants also deny that Tibrio is named as a party to the agreement or is a signatory thereto.

44. Admit as to Plaintiff's demands contained in the First Amended Complaint. Deny as to the remainder of the paragraph

## FOURTH CAUSE OF ACTION

## IMPLIED CONTRACTUAL INDEMNITY

## (Plaintiff against All Defendants and DOES 1-100)

45. Admit.

46. Deny. Defendants also deny that Defendants SBG Media, Inc., SBG Media Enterprise, LLC, and SBG Media Resources, LLC collectively entered into any agreement with Plaintiff. Defendants also deny that Tibrio is named as a party to the agreement or is a signatory thereto.

47. Deny.

48. Admit as to Plaintiff's demands contained in the First Amended Complaint.

## FIFTH CAUSE OF ACTION

## NEGLIGENCE

## (Plaintiff against All Defendants and DOES 1-100)

49. Admit.

50. Defendants deny each and every allegation in paragraph 50 with respect to Defendants. Defendants have insufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 50 of the Complaint as it relates to the other Defendants and, therefore, denies on that basis.

51. Defendants deny each and every allegation in paragraph 51 with respect to Defendants. Defendants have insufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 51 of the Complaint as it relates to the other Defendants and, therefore, denies on that basis.

52. Defendants have insufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 32 of the Complaint and, therefore, denies on that basis.

## AFFIRMATIVE DEFENSES

In further response to Plaintiff's First Amended Complaint ("FAC"), Defendants assert the following defenses.

---

DEFENDANTS ANDREW "ANDY" GOLD AND SBG MEDIA ENTERPRISE LLC'S ANSWER TO PLAINTIFF TIBRIO LLC'S FIRST AMENDED COMPLAINT

**FIRST AFFIRMATIVE DEFENSE**

1. The FAC, and each and every purported cause of action therein, fail to state a claim for which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

2. Plaintiff's causes of action and damages sought with respect thereto, if any, against these Answering Defendants are barred completely or must be reduced to the extent that they were caused by Plaintiff's failure and/or refusal to mitigate or reduce damages.

**THIRD AFFIRMATIVE DEFENSE**

3. Plaintiff's FAC, and each and every purported cause of action therein, are barred by the doctrine of waiver.

**FOURTH AFFIRMATIVE DEFENSE**

4. Plaintiff's FAC, and each and every purported cause of action therein, are barred by the doctrine of estoppel.

**FIFTH AFFIRMATIVE DEFENSE**

5. Plaintiff's FAC, and each and every purported cause of action therein, are barred by the applicable statute of limitations period, including but not limited to Cal. Code Civ. P. § 335.1, 337, 337.1, 338, 339, 340 and 343.

///

///

**DEFENDANTS ANDREW "ANDY" GOLD AND SBG MEDIA ENTERPRISE LLC'S ANSWER TO PLAINTIFF TIBRIO LLC'S FIRST AMENDED COMPLAINT**

### SIXTH AFFIRMATIVE DEFENSE

6. Plaintiff's FAC, and each and every purported claim therein, are barred by the equitable doctrine of unjust enrichment.

### SEVENTH AFFIRMATIVE DEFENSE

7. Plaintiff is barred from recovering against these Answering Defendants by the equitable doctrine of unclean hands.

### EIGHTH AFFIRMATIVE DEFENSE

8. At all times mentioned herein, these Answering Defendants acted reasonably and in good faith with regard to the acts and transactions which are the subject of Plaintiff's FAC.

### NINTH AFFIRMATIVE DEFENSE

9. These Answering Defendants contends that Plaintiff has not alleged and cannot prove any fact showing that these Answering Defendant's conduct was the cause in fact or proximate cause of any damage to Consolidated Plaintiffs or Plaintiff.

### TENTH AFFIRMATIVE DEFENSE

10. If Plaintiff sustained any damages or losses, which these Answering Defendants deny, they were caused wholly or in part by the acts, omissions, negligence, fraud and/or breach of obligations of third parties or entities, which conduct, acts and omissions were the sole proximate cause, or an intervening or superseding cause, of any damages or losses. The FAC, and each and every purported claim therein, is barred

**DEFENDANTS ANDREW "ANDY" GOLD AND SBG MEDIA ENTERPRISE LLC'S ANSWER TO PLAINTIFF TIBRIO LLC'S FIRST AMENDED COMPLAINT**

completely or, in the alternative, must be reduced in proportion to the fault attributable to such other third parties or entities as are found applicable.

### ELEVENTH AFFIRMATIVE DEFENSE

11. The FAC, and each and every purported claim therein, is barred by the equitable doctrine of laches.

### TWELFTH AFFIRMATIVE DEFENSE

12. If Plaintiff has suffered or sustained any damages as alleged in the FAC, those damages were proximately caused and contributed to by persons other than these Answering Defendants. The liability of Defendants and responsible parties, named or unnamed, should be apportioned according to their relative degrees of fault, and the liability of these Answering Defendants should be reduced accordingly.

### THIRTEENTH AFFIRMATIVE DEFENSE

13. These Answering Defendants contend that Plaintiff has not alleged and cannot prove any fact showing that these Answering Defendants' conduct was the cause in fact or proximate cause of any damage to Plaintiff.

### FOURTEENTH AFFIRMATIVE DEFENSE

14. As to each alleged cause of action set forth in Plaintiff's FAC herein, these Answering Defendants allege that the conditions and defects set forth in the FAC, and the damages related thereto, did not arise out of the work performed by these Answering Defendants, nor any act or omission related thereto, and thus, recovery is precluded.

## FIFTEENTH AFFIRMATIVE DEFENSE

21. These Answering Defendants state that, at all relevant times, These Answering Defendants complied with the duty of care imposed upon it.

## SIXTEENTH AFFIRMATIVE DEFENSE

22. These Answering Defendants state that it has duly performed and satisfied each and every obligation, if any, imposed upon it, by agreement and by law.

## SEVENTEENTH AFFIRMATIVE DEFENSE

23. These Answering Defendants are informed and believes, and thereupon alleges, that Plaintiff consented, approved and/or ratified the actions and performances allegedly made by these Answering Defendants, by each Plaintiff's directions, demands, supervision, inspection and/or acceptance of these Answering Defendants' work, thereby barring Plaintiff from recovering any damages or relief from these Answering Defendants.

## EIGHTEENTH AFFIRMATIVE DEFENSE

24. To the extent there is any enforceable agreement or agreements as to Plaintiff, each agreement is accompanied by a covenant and duty of good faith and fair dealing in fulfilling its terms and conditions. Such covenant and duty of good faith and fair dealing was breached by Plaintiff herein, barring IT from any recovery sought, and excusing these Answering Defendants from performing any obligations allegedly not performed, if any there be.

///

**DEFENDANTS ANDREW "ANDY" GOLD AND SBG MEDIA ENTERPRISE LLC'S ANSWER TO PLAINTIFF TIBRIO LLC'S FIRST AMENDED COMPLAINT**

### NINETEENTH AFFIRMATIVE DEFENSE

25. Consent to any agreement alleged in the FAC was reached by unilateral mistake of Plaintiff or the mutual mistake of both parties relating to the facts or law as represented to these Answering Defendants, thereby barring Plaintiff from the recovery sought.

### TWENTIETH AFFIRMATIVE DEFENSE

27. Plaintiff did not rely on any representations or conduct of this answering Defendant; therefore, said Defendant is not responsible for any damages, if any exist.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

28. Plaintiff's failure to perform pursuant to the agreement, if any existed between the parties, excused these Answering Defendants from performing any obligations it did not perform, if there was any such performance due.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

29. By virtue of the acts, omissions and misrepresentations of Plaintiff, these Answering Defendants have incurred damages and expenses, all in amounts to be ascertained, and applied as an offset against the claims of Plaintiff.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

30. These Answering Defendants presently have insufficient knowledge and information on which to form a belief as to whether it has additional, as yet unstated affirmative defenses. These Answering Defendants reserve herein the right to assert

additional affirmative defenses in the event that discovery indicates such defenses would be appropriate.

## DEMAND FOR JURY TRIAL

31. Defendant hereby demands a jury trial.

## REQUESTED RELIEF

**WHEREFORE**, Defendant requests that:

1. Plaintiff take nothing by reason of its FAC, and that judgment be entered in favor of Defendants;

2. Defendants be awarded costs associated with this action; and

3. Any other such relief the Court deems appropriate.

**DATED:** July 14, 2025            **RESNICK & LOUIS, P.C.**

Kenneth O. Taylor III, Esq.
Devin A. De Loa, Esq.
*Attorneys for Defendants Andrew "Andy" Gold and SBG Media Enterprise LLC*

**DEFENDANTS ANDREW "ANDY" GOLD AND SBG MEDIA ENTERPRISE LLC'S ANSWER TO PLAINTIFF TIBRIO LLC'S FIRST AMENDED COMPLAINT**