Jacob A. Gillick, Esq., SBN 312336
3990 Old Town Ave
Suite A200
San Diego, CA 92101
Telephone: (858) 250-0656
E-Mail: JGillick@GillickLegal.com

Attorneys for Plaintiff Tibrio, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBRIO, LLC, a Delaware Limited Liability Company<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SBG MEDIA, INC, a Florida Corporation; ANDREW "ANDY" GOLD, an individual, SBG MEDIA ENTERPRISE, LLC, a Florida Limited Liability Company; SBG MEDIA RESOURCES, LLC, a Florida Limited Liability Company, and DOES 1-100, inclusive.<br><br>　　　　　　　Defendants. | Case No. 3:25-cv-01068-GPC-JLB<br><br>**DECLARATION OF JACOB A. GILLICK, ESQ., IN SUPPORT OF OPPOSITION TO SBG MEDIA, INC., AND SBG MEDIA RESOURCES, LLC'S MOTIONT TO DISMISS**<br><br>Date: November 7, 2025<br>Time: 1:30 p.m.<br>Courtroom: 12A<br>Judge: Hon. Gonzalo P. Curiel |

1

DECLARATION OF JACOB A. GILLICK, ESQ.

I, Jacob A. Gillick, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted before this Court. I am counsel of record for Plaintiff Tibrio, LLC in this matter. I make this declaration based on my personal knowledge, and if called as a witness, I could and would competently testify thereto.

2. On or about May 2025, Plaintiff effectuated service of the First Amended Complaint ("FAC") on Defendants SBG Media, Inc., SBG Media Enterprise, LLC, SBG Media Resources, LLC, and Andrew Gold.

3. After service of the FAC, I was informed by counsel at Resnick & Louis, P.C. that they would only be representing Andrew Gold and SBG Media Enterprise, LLC. I was told expressly that SBG Media, Inc. and SBG Media Resources, LLC were not covered by insurance and were not going to be represented by their firm.

4. On July 15, 2025, Andrew Gold and SBG Media Enterprise, LLC filed an Answer to the FAC through Resnick & Louis, P.C. Dkt. 12.

5. On July 22, 2025, I received a direct email from Andrew Gold, in which he asked to speak about SBG Media, Inc. and SBG Media Resources, LLC, "the 2 companies named that are not being represented." A true and correct copy of this email is attached hereto as "Exhibit 1."

6. To avoid ethical concerns regarding direct communication with a represented party, I conferred with counsel at Resnick & Louis, P.C. about Gold's email. *Id.*

7. On or about July 29, 2025, I participated in a telephone call with Gold and counsel from Resnick & Louis, P.C. During this call, Gold attempted to have Plaintiff voluntarily dismiss SBG Media, Inc. and SBG Media Resources, LLC from the case.

8. Later that same day, Resnick & Louis, P.C. informed me that Gold would be seeking counsel for those two entities. A true and correct copy of the e-mail correspondence is attached hereto as "Exhibit 2."

9. However, on August 12, 2025, Resnick & Louis, P.C. filed the instant Motion to Dismiss on behalf of SBG Media, Inc. and SBG Media Resources, LLC — despite their prior representations that they would not be appearing for those entities because they were not related entities.

10. Based on these communications and filings, it is my belief that all SBG entities and Andrew Gold are being defended under the same insurance policy and are inextricably intertwined.

11. Notably, neither Andrew Gold nor any executive of any SBG entity has submitted a declaration under penalty of perjury to support the Motion to Dismiss, even though such testimony would be necessary to establish the factual assertions they advance. Further, Gold is claiming that SBG Media, Inc., is not involved in the dispute despite it being the entity that executed the original agreement.

Dated: September 10, 2025                    **Gillick Legal, APC**

By: _____
Jacob A. Gillick, Esq.
Attorneys for Plaintiff Tibrio, LLC

3
DECLARATION OF JACOB A. GILLICK, ESQ.

# EXHIBIT 1

Tuesday, September 9, 2025 at 6:01:50 PM Pacific Daylight Time

| | |
|---|---|
| **Subject:** | RE: Our info |
| **Date:** | Wednesday, July 23, 2025 at 6:47:11 PM Pacific Daylight Time |
| **From:** | Kenneth Taylor III |
| **To:** | Jacob Gillick |
| **CC:** | Shannon Rosenkranz |
| **Attachments:** | ~WRD2806.jpg, image003.jpg, image004.png, image005.png |

Jacob,

Thanks for reaching out.  Yes, I would like to be copied on any e-mails and  on any calls you have with Mr. Gold.

Thanks,

Ken

# Kenneth O. Taylor III, Esq.

Partner
9891 Irvine Center Drive, Suite 200
Irvine, California 92618
Office Direct:          714 709-4254
Cell Phone:             310 625-1269
ktaylor@rlattorneys.com



**Albuquerque | Bakersfield | Burbank | Charleston | Dallas | Denver | Ft Lauderdale | Hidalgo County (The Valley)  | Houston | Jackson | Jacksonville | Las Vegas | Los Angeles |  Miami | Orange County | Orlando | Phoenix | Riverside | Sacramento | Salt Lake City | San Antonio | San Diego | Sarasota | Tampa | London, UK**

www.rlattorneys.com
This message is confidential and may contain privileged information.  Only the intended recipient is authorized to read or utilize the information contained in this e-mail.  If you receive this message in error, please discard the message and advise the sender by reply e-mail or by phone.

---

**From:** Jacob Gillick <Jgillick@Gillicklegal.com>
**Sent:** Wednesday, July 23, 2025 11:13 AM
**To:** Kenneth Taylor III <KTaylor@rlattorneys.com>
**Subject:** FW: Our info

Hey Ken,

Hope your week is going well! I received the below from Mr. Gold. I am concerned about

speaking with him directly given your representation of him individually. However, I know you are not representing all entities. I feel like the safest path would be for you to be copied or on every phone call. I want to avoid any ethical issues here. Please let me know your thoughts and thanks so much!

Best,



### Jacob A. Gillick, Esq.

**Phone** (858) 250-0656
**Website** www.GillickLegal.com
**Email** JGillick@GillickLegal.com
**Address** 3990 Old Town Ave., Suite A200, San Diego, CA 92110

---

**From:** Andrew Gold <andrew@sbgmediainc.com>
**Date:** Tuesday, July 22, 2025 at 6:06 PM
**To:** Jacob Gillick <Jgillick@Gillicklegal.com>
**Subject:** Re: Our info

Hi,

Can we get on a quick call to discuss the 2 companies named that are not being defended by Ken?

Thanks
Andy

Get Outlook for iOS

# EXHIBIT 2

Tuesday, September 9, 2025 at 6:03:58 PM Pacific Daylight Time

| | |
|---|---|
| **Subject:** | RE: Tibrio v. Gold |
| **Date:** | Tuesday, July 29, 2025 at 2:47:04 PM Pacific Daylight Time |
| **From:** | Kenneth Taylor III |
| **To:** | Jacob Gillick |
| **CC:** | Shannon Rosenkranz |
| **Attachments:** | ~WRD1151.jpg, image010.jpg, image011.png, image012.png, image013.jpg, image014.png, image015.png, image016.jpg, image017.png, image018.png, image019.png |

Jacob,

I spoke with Mr. Gold today and he is looking for counsel to represent the unrelated parties. He asked me to confirm that you are agreeable to allowing SBG Resources and SBG Media Inc additional time to respond to the complaint.

Thanks,

Ken

### Kenneth O. Taylor III, Esq.
Partner
9891 Irvine Center Drive, Suite 200
Irvine, California 92618
Office Direct:           714 709-4254
Cell Phone:              310 625-1269
ktaylor@rlattorneys.com



ALBUQUERQUE | BAKERSFIELD | BURBANK | CHARLESTON | DALLAS | DENVER | FT LAUDERDALE | HIDALGO COUNTY (THE VALLEY)  | HOUSTON | JACKSON | JACKSONVILLE | LAS VEGAS | LOS ANGELES  | MIAMI | ORANGE COUNTY | ORLANDO | PHOENIX | RIVERSIDE | SACRAMENTO | SALT LAKE CITY | SAN ANTONIO | SAN DIEGO | SARASOTA | TAMPA | LONDON, UK

www.rlattorneys.com
This message is confidential and may contain privileged information.  Only the intended recipient is authorized to read or utilize the information contained in this e-mail.  If you receive this message in error, please discard the message and advise the sender by reply e-mail or by phone.

**From:** Jacob Gillick <Jgillick@Gillicklegal.com>
**Sent:** Thursday, July 24, 2025 4:34 PM
**To:** Kenneth Taylor III <KTaylor@rlattorneys.com>; Andrew Gold <andrew@sbgmediainc.com>
**Subject:** Re: Tibrio v. Gold

That works



### Jacob A. Gillick, Esq.

**Phone** (858) 250-0656

**Website** www.GillickLegal.com

**Email** JGillick@GillickLegal.com

**Address** 3990 Old Town Ave., Suite A200, San Diego, CA 92110

---

**From:** Kenneth Taylor III <KTaylor@rlattorneys.com>
**Date:** Thursday, July 24, 2025 at 4:28 PM
**To:** Andrew Gold <andrew@sbgmediainc.com>, Jacob Gillick <Jgillick@Gillicklegal.com>
**Subject:** RE: Tibrio v. Gold

That works for me.

Thanks,

Ken

Kenneth O. Taylor III, Esq.
Partner
9891 Irvine Center Drive, Suite 200
Irvine, California 92618
Office Direct:          714 709-4254
Cell Phone:             310 625-1269
ktaylor@rlattorneys.com



ALBUQUERQUE | BAKERSFIELD | BURBANK | CHARLESTON | DALLAS | DENVER | FT LAUDERDALE | HIDALGO COUNTY (THE VALLEY) | HOUSTON | JACKSON | JACKSONVILLE | LAS VEGAS | LOS ANGELES | MIAMI | ORANGE COUNTY | ORLANDO | PHOENIX | RIVERSIDE | SACRAMENTO | SALT LAKE CITY | SAN ANTONIO | SAN DIEGO | SARASOTA | TAMPA | LONDON, UK

www.rlattorneys.com
This message is confidential and may contain privileged information.  Only the intended recipient is authorized to read or utilize the information contained in this e-mail.  If you receive this message in error, please discard the message and advise the sender by reply e-mail or by phone.

---

**From:** Andrew Gold <andrew@sbgmediainc.com>
**Sent:** Thursday, July 24, 2025 4:24 PM
**To:** Jacob Gillick <Jgillick@Gillicklegal.com>; Kenneth Taylor III <KTaylor@rlattorneys.com>
**Subject:** Re: Tibrio v. Gold

Thanks everyone. Does 11am pst work for both of you?

Thanks

andy

---

**From:** Jacob Gillick <Jgillick@Gillicklegal.com>
**Date:** Thursday, July 24, 2025 at 6:31 PM
**To:** Kenneth Taylor III <KTaylor@rlattorneys.com>, Andrew Gold <andrew@sbgmediainc.com>
**Subject:** Re: Tibrio v. Gold

Yes Monday works for me. My day is pretty open.



### Jacob A. Gillick, Esq.

**Phone** (858) 250-0656
**Website** www.GillickLegal.com
**Email** JGillick@GillickLegal.com
**Address** 3990 Old Town Ave., Suite A200, San Diego, CA 92110

---

**From:** Kenneth Taylor III <KTaylor@rlattorneys.com>
**Date:** Thursday, July 24, 2025 at 3:23 PM
**To:** Andrew Gold <andrew@sbgmediainc.com>, Jacob Gillick <Jgillick@Gillicklegal.com>
**Subject:** RE: Tibrio v. Gold

All,

My apologies, but I am not available tomorrow.  Would Monday work?

Thanks,

Ken

Kenneth O. Taylor III, Esq.
Partner
9891 Irvine Center Drive, Suite 200
Irvine, California 92618
Office Direct:	714 709-4254
Cell Phone:	310 625-1269
ktaylor@rlattorneys.com



**ALBUQUERQUE | BAKERSFIELD | BURBANK | CHARLESTON | DALLAS | DENVER | FT LAUDERDALE | HIDALGO COUNTY (THE VALLEY)  | HOUSTON | JACKSON | JACKSONVILLE | LAS VEGAS | LOS ANGELES |  MIAMI | ORANGE COUNTY | ORLANDO | PHOENIX | RIVERSIDE | SACRAMENTO | SALT LAKE CITY | SAN ANTONIO | SAN DIEGO | SARASOTA | TAMPA | LONDON, UK**

3 of 6

www.rlattorneys.com
This message is confidential and may contain privileged information.  Only the intended recipient is authorized to read or utilize the information contained in this e-mail.  If you receive this message in error, please discard the message and advise the sender by reply e-mail or by phone.

---

**From:** Andrew Gold <andrew@sbgmediainc.com>
**Sent:** Thursday, July 24, 2025 2:30 PM
**To:** Jacob Gillick <Jgillick@Gillicklegal.com>
**Cc:** Kenneth Taylor III <KTaylor@rlattorneys.com>
**Subject:** Re: Tibrio v. Gold

Hello,

OK I apologize about that. No harm intended and I was not aware I needed to do that. I will not contact you without also including Ken.

I am available at 1pm. Pacific time, correct?

Thanks
Andy

---

**From:** Jacob Gillick <Jgillick@Gillicklegal.com>
**Date:** Thursday, July 24, 2025 at 5:17 PM
**To:** Andrew Gold <andrew@sbgmediainc.com>
**Cc:** Kenneth Taylor <KTaylor@rlattorneys.com>
**Subject:** Tibrio v. Gold

Mr. Gold,

Due to you personally being represented by Mr. Taylor, I am ethically required to include him on all correspondences between us regarding the entities not represented. In the future, please ensure to include him on any e-mails and calls and please refrain from contacting me without including him.

If you and Mr. Taylor are available tomorrow at 1pm for a call—I can send out a calendar invite.

Best,



### Jacob A. Gillick, Esq.

**Phone** (858) 250-0656
**Website** www.GillickLegal.com
**Email** JGillick@GillickLegal.com
**Address** 3990 Old Town Ave., Suite A200, San Diego, CA 92110

4 of 6

**From:** Andrew Gold <andrew@sbgmediainc.com>
**Date:** Thursday, July 24, 2025 at 2:01 PM
**To:** Jacob Gillick <Jgillick@Gillicklegal.com>
**Subject:** Re: Our info

Hi Mr Gillick,

I wanted to follow up on this.

Thanks
Andy

---

**From:** Andrew Gold <andrew@sbgmediainc.com>
**Date:** Tuesday, July 22, 2025 at 9:06 PM
**To:** Jacob Gillick <Jgillick@Gillicklegal.com>
**Subject:** Re: Our info

Hi,

Can we get on a quick call to discuss the 2 companies named that are not being defended by Ken?

Thanks
Andy

Get Outlook for iOS

---

**From:** Jacob Gillick <Jgillick@Gillicklegal.com>
**Sent:** Friday, May 23, 2025 6:52:17 PM
**To:** Andrew Gold <andrew@sbgmediainc.com>
**Subject:** Re: Our info

Mr. Gold,

Please see the attached.

Best,

Jacob A. Gillick, Esq.
**Gillick Legal APC**
1420 Kettner Blvd. Suite 100
San Diego, CA 92101
Tel. (858) 250-0656



CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Andrew Gold <andrew@sbgmediainc.com>
**Date:** Tuesday, May 20, 2025 at 9:49 AM
**To:** Jacob Gillick <Jgillick@Gillicklegal.com>
**Subject:** Our info

Hi,

Just an fyi:


SBG Media Enterprise llc

6615 w Boynton beach blvd
Suite 441
Boynton Beach FL 33437



andy