Jacob A. Gillick, Esq., SBN 312336
3990 Old Town Ave
Suite A200
San Diego, CA 92101
Telephone: (858) 250-0656
E-Mail: JGillick@GillickLegal.com

Attorneys for Plaintiff Tibrio, LLC

Kenneth Orville Taylor, III
Resnick & Louis, P.C.
9891 Irvine Center Dr., Suite 200
Irvine, CA 92618
Phone: (714) 709-4254
E-Mail: ktaylor@rlattorneys.com

Attorneys for Defendants SBG Media, Inc, SBG Media Enterprise, LL, and SBG Media Resources, LLC, and Andrew Gold

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBRIO, LLC, a Delaware Limited Liability Company<br><br>    Plaintiff,<br><br>  v.<br><br>SBG MEDIA, INC, a Florida Corporation; ANDREW "ANDY" GOLD, an individual, SBG MEDIA ENTERPRISE, LLC, a Florida Limited Liability Company; SBG MEDIA RESOURCES, LLC, a Florida Limited Liability Company, and DOES 1-100, inclusive.<br><br>    Defendants. | Case No. 3:25-cv-01068-GPC-JLB<br><br>**JOINT REQUEST FOR SCHEDULING ORDER** |

  Plaintiff Tibrio, LLC and Defendants SBG Media, Inc. (a Florida corporation), SBG Media Enterprise, LLC (a Florida limited liability company), SBG Media Resources, LLC (a Florida limited liability company), Andrew Gold (an individual), and all other named Defendants, by and through their respective counsel of record, jointly submit this request for

issuance of a Scheduling Order pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16.1.

1. This matter was filed on April 25, 2025, and an Amended Complaint was filed on May 21, 2025.
2. Defendants filed an Answer on July 15, 2025, and thereafter filed a Third-Party Complaint against Liquid Web, LLC. The summons on the Third-Party Complaint was returned executed on July 22, 2025.
3. To date, the Court has not issued a Scheduling Order. The parties understand that the absence of an appearance by the Third-Party Defendant may have delayed the issuance of the Rule 16 order.
4. The appearing parties respectfully request that the Court proceed with issuance of a Scheduling Order so that discovery, motion practice, and other pretrial deadlines may be established.
5. The parties believe that proceeding with a Scheduling Order at this time will promote efficiency and allow the case to progress without unnecessary delay.

Accordingly, Plaintiff and Defendants jointly request that the Court issue a Scheduling Order and set dates for the Rule 16 conference and related deadlines.

*Signatures on Following Page*

Dated: September 16, 2025

**Gillick Legal, APC**

By: _____
Jacob A. Gillick, Esq.
Attorneys for Plaintiff Tibrio, LLC

Dated: September 16, 2025

**Resnick & Louis, P.C.**

By: _____
Kenneth Orville Taylor, III
Attorneys for Defendants SBG Media, Inc, SBG Media Enterprise, LL, and SBG Media Resources, LLC, and Andrew Gold