

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(See attachment)

**Plaintiff,**

V.

(See attachment)

**Defendant.**

**Civil No.** 25-cv-01068-GPC-JLB

**DEFAULT**

    It appears from the record in the above entitled action that Summons issued on the Third Party Complaint Filed on July 15, 2025 has been regularly served upon each of the Third-Party Defendants hereinafter named; and it appears from the affidavit of counsel for Third-Party Plaintiff and the records herein that each of the Third-Party Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, on request of counsel for Third-Party Plaintiff, the DEFAULT of each of the following Third-Party Defendants is hereby entered: Liquid Web, LLC a Delaware Corporation

Entered On:  Sep 17, 2025

**JOHN MORRILL, Clerk of Court**

By:  s/ J. Olsen_____

J. Olsen, Deputy

Attachment:

TIBRIO LLC, a Delaware Limited Liability Company,

        Plaintiff,

v.

SBG MEDIA, INC, a Florida Corporation; ANDREW "ANDY" GOLD, an individual, SBG MEDIA ENTERPRISE, LLC, a Florida Limited Liability Company; SBG MEDIA RESOURCES, LLC, a Florida Limited Liability Company, and DOES 1-100, inclusive.

        Defendant(s)

_____

ANDREW "ANDY" GOLD, an individual, SBG MEDIA ENTERPRISE, LLC, a Florida Limited Liability Company,

        Third-Party Plaintiffs

v.

Liquid Web, LLC, a Delaware Corporation; Roes 1-50

        Third-Party Defendants