**RESNICK & LOUIS, P.C.**
Kenneth O. Taylor, III, Esq. (SBN: 253074)
Devin A. De Loa (SBN: 326063)
9891 Irvine Center Drive, Suite 200
Irvine, CA 92618
Telephone: (714) 709-4400
Facsimile: (714) 709-4400
Email: ktaylor@rlattorneys.com
       ddeloa@rlattorneys.com

*Attorneys for Defendants SBG Media, Inc, Andrew "Andy" Gold, SBG Media Enterprise, LLC, and SBG Media Resources, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIBRIO LLC, a Delaware Limited Liability Company,<br><br>            Plaintiff,<br><br>v.<br><br>SBG MEDIA, INC, a Florida Corporation; ANDREW "ANDY" GOLD, an individual, SBG MEDIA ENTERPRISE, LLC, a Florida Limited Liability Company; SBG MEDIA RESOURCES, LLC, a Florida Limited Liability Company, and DOES 1-100, inclusive.<br><br>            Defendants. | Case No: 3:25-cv-01068-GPC-JLB<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS SBG MEDIA, INC, ANDREW "ANDY" GOLD, SBG MEDIA ENTERPRISE, LLC, AND SBG MEDIA RESOURCES, LLC'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT PURSUANT TO RULE 12(B)(6)**<br><br>[*Filed concurrently with Memorandum of Points and Authorities and Proposed Order*]<br><br>Hon. Gonzalo P. Curiel<br>Complaint Filed: April 25, 2025<br>Second Amended Complaint: November 10, 2025<br><br>Date: March 27, 2026<br>Time: 1:30 p.m.<br>Courtroom: 12A<br>Judge: Hon. Gonzalo P. Curiel |

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants SBG MEDIA, INC, ANDREW "ANDY" GOLD, SBG MEDIA ENTERPRISE, LLC, AND SBG MEDIA RESOURCES, LLC (collectively "Defendants") hereby respectfully requests that this Court take judicial notice of the following documents, facts, and matters pursuant to Federal Rule of Evidence 201; *L'Garde, Inc. v. Raytheon Space & Airborne Sys.*, 805 F. Supp. 2d 932 (C.D. Cal. 2011).:

- **Exhibit 1:** Articles of Organization for SBG MEDIA RESOURCES, LLC filed with the Florida Secretary of State on December 30, 2020.
- **Exhibit 2:** Articles of Incorporation for SBG MEDIA INC. filed with the Florida Secretary of State on December 30, 2020.
- **Exhibit 3:** Articles of Incorporation for SBG MEDIA ENTERPRISE, LLC filed with the Florida Secretary of State on December 30, 2020.

The above documents are the proper subject of judicial notice as they are "not subject to reasonable dispute" because they are either "(1) generally known within the territorial jurisdiction of the trial court, or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Each of the above documents is a public record and maintained on a government website or with public agencies. Therefore, they are not subject to dispute and verifiable. Further, federal courts have taken judicial notice of the above types of documents. Judicial notice is appropriate for records and reports of administrative bodies, including records from a Secretary of State website *L'Garde, Inc. v. Raytheon Space & Airborne Sys.*, 805 F. Supp. 2d 932, 938 (C.D. Cal. 2011). Federal courts take notice of records maintained in a county's public records, public records that are verifiable through an agency's website, and documents published by governmental entities that are a matter of public record. *Allen v. United Fin. Mortg. Corp.,* 660 F.Supp.2d 1089, 1093–94 (N.D. Cal. 2009) (finding public records and data on websites

of agencies properly subject to judicial notice); *W. Fed. Sav. & Loan Ass'n v. Heflin Corp.*, 797 F.Supp. 790, 792 (N.D. Cal. 1992) (taking judicial notice of documents in county's public record).

Based on the foregoing, Defendants respectfully request that the Court take judicial notice of the above Exhibits 1 and 2.

**DATED:** January 26, 2026     **RESNICK & LOUIS, P.C.**

_____
Kenneth O. Taylor III, Esq.
Devin A. De Loa, Esq.
*Attorneys for Defendants SBG Media, Inc, Andrew "Andy" Gold, SBG Media Enterprise, LLC, and SBG Media Resources, LLC*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 1**

# Electronic Articles of Organization For Florida Limited Liability Company

L21000008486
FILED 8:00 AM
December 30, 2020
Sec. Of State
agent04

## Article I

The name of the Limited Liability Company is:

SBG MEDIA RESOURCES LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

6615 W BOYNTON BEACH BLVD, STE 441
BOYNTON BEACH, FL.   33437

The mailing address of the Limited Liability Company is:

6615 W BOYNTON BEACH BLVD, STE 441
BOYNTON BEACH, FL.   33437

## Article III

The name and Florida street address of the registered agent is:

ANDREW  GOLD
6615 W BOYNTON BEACH BLVD, STE 441
BOYNTON BEACH, FL.

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   ANDREW GOLD

## Article IV

The name and address of person(s) authorized to manage LLC:

Title: AMBR
ANDREW GOLD
6615 W BOYNTON BEACH BLVD, STE 441
BOYNTON BEACH, FL. 33437

L21000008486
FILED 8:00 AM
December 30, 2020
Sec. Of State
agent04

## Article V

The effective date for this Limited Liability Company shall be:

01/01/2021

Signature of member or an authorized representative

Electronic Signature: ANDREW GOLD

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

1
2
3
4
5
6
7
8
9
10
11
12                             **EXHIBIT 2**
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS
PLAINTIFF'S SECOND AMENDED COMPLAINT

# Electronic Articles of Incorporation
# For

SBG MEDIA INC

P21000001995
FILED
December 30, 2020
Sec. Of State
lskervin

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
  SBG MEDIA INC

## Article II
The principal place of business address:
  6615 W BOYNTON BEACH BLVD, STE 441
  BOYNTON BEACH, FL.   33437

The mailing address of the corporation is:
  6615 W BOYNTON BEACH BLVD, STE 441
  BOYNTON BEACH, FL.   33437

## Article III
The purpose for which this corporation is organized is:
  ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
  200

## Article V
The name and Florida street address of the registered agent is:
  ANDREW  GOLD
  6615 W BOYNTON BEACH BLVD, STE 441
  BOYTON BEACH, FL.   33437

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   ANDREW GOLD

P21000001995
FILED
December 30, 2020
Sec. Of State
lskervin

## Article VI

The name and address of the incorporator is:

ANDREW GOLD
6615 W BOYNTON BEACH BLVD, STE 441

BOYNTON BEACH, FL 33437

Electronic Signature of Incorporator:   ANDREW GOLD

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:   PRES
ANDREW  GOLD
6615 W BOYNTON BEACH BLVD, STE 441
BOYNTON BEACH, FL.   33437

## Article VIII

The effective date for this corporation shall be:

01/01/2021

**EXHIBIT 3**

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

6

# Electronic Articles of Organization
# For
# Florida Limited Liability Company

L21000008485
FILED 8:00 AM
December 30, 2020
Sec. Of State
bcbiro

## Article I
The name of the Limited Liability Company is:

SBG MEDIA ENTERPRISE LLC

## Article II
The street address of the principal office of the Limited Liability Company is:

6615 W BOYNTON BEACH BLVD, STE 441
BOYTON BEACH, FL.   33437

The mailing address of the Limited Liability Company is:

6615 W BOYNTON BEACH BLVD, STE 441
BOYTON BEACH, FL.   33437

## Article III
The name and Florida street address of the registered agent is:

ANDREW  GOLD
6615 W BOYNTON BEACH BLVD, STE 441
BOYNTON BEACH, FL.   33437

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   ANDREW GOLD

## Article IV

The name and address of person(s) authorized to manage LLC:

Title: AMBR
ANDREW GOLD
6615 W BOYNTON BEACH BLVD, STE 441
BOYNTON BEACH, FL. 33437

L21000008485
FILED 8:00 AM
December 30, 2020
Sec. Of State
bcbiro

## Article V

The effective date for this Limited Liability Company shall be:

01/01/2021

Signature of member or an authorized representative

Electronic Signature: ANDREW GOLD

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.