Jacob A. Gillick, Esq., SBN 312336
3990 Old Town Ave
Suite A200
San Diego, CA 92101
Telephone: (858) 250-0656
E-Mail: JGillick@GillickLegal.com

Attorneys for Plaintiff Tibrio, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBRIO, LLC, a Delaware Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>SBG MEDIA, INC, a Florida Corporation; ANDREW "ANDY" GOLD, an individual, SBG MEDIA ENTERPRISE, LLC, a Florida Limited Liability Company; SBG MEDIA RESOURCES, LLC, a Florida Limited Liability Company, and DOES 1-100, inclusive.<br><br>Defendants. | Case No. 3:25-cv-01068-GPC-JLB<br><br>**DECLARATION OF JACOB A. GILLICK, ESQ. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

I, Jacob A. Gillick, declare as follows:

1.     I am an attorney licensed to practice in the State of California and am counsel of record for Plaintiff.  I have personal knowledge of the facts I state below, and if I were to be called as a witness, I could competently testify about what I have written in this declaration.

2.     On March 10, 2026, I sent an e-mail to Defendants' counsel requesting a stipulation to amend the Complaint so ZeetoGroup, LLC may join as a Plaintiff and cure some of the issues or ambiguities. Counsel told me he would

1

check with his client. A true and correct copy of the e-mail correspondence is attached hereto as "Exhibit 1."

3.     In and around May 19, 2026, after service of the Complaint was completed on SBG Media, Inc., I received a note from Andrew Gold requesting a call to discuss. At the time, Mr. Taylor was not counsel of record for Mr. Gold but was included in the call. On the call, Mr. Gold acknowledged that they were trying to get Tibrio paid and along with Mr. Taylor represented that SBG Media Enterprise should be the named party in order to activate insurance. I was also told that SBG Media is in Florida. Mr. Gold and Mr. Taylor requested I release all the other entities, which I refused based on the messy situation related to which entity is liable. A true and correct copy of the e-mail correspondence is attached hereto as "Exhibit 2" along with a summary of the call produced by Mr. Gold's AI software.

4.     A true and correct copy of the Proof of Service related to SBG Media, Inc. in New York, is attached hereto as "Exhibit 3."

5.     A true and correct copy of the New York Department State- Division of Corporations file regarding SBG Media, Inc. is attached hereto as "Exhibit 4."

6.     I have access to Lexis Nexis's Public Records portal which allows me to locate entities and individuals within the United States. In furtherance of having this suit commenced, I ran a search for Andrew Gold which provided me the dates and addresses he has resided at. It appears that Mr. Gold moved from New York to Florida around the same time SBG Media, Inc. was incorporated in Florida- indicating this was a move. I have not produced the full report here out of concern for privacy.

7.     A true and correct copy of selected excerpts from Defendants' Initial Disclosures is attached hereto as "Exhibit 5." Defendants did not bate-stamp the documents.

2

DECLARATION OF JACOB A. GILLICK

8.      Attached hereto as "Exhibit 6" is a true and correct copy of a screenshot I took on March 11, 2026, after googling "SBG Media Resources."

9.      Attached hereto as "Exhibit 7" is a true and correct copy of a WhatsApp screenshot between Tibrio's Shayne Cardwell and Andrew Gold.

10.      I declare under penalty of perjury, under the law of the state of California, that the foregoing is true and correct.

Executed this 11th Day of March 2026, in San Diego, California.

Dated:  March 11, 2026                     **Gillick Legal, APC**

By:   _____
Jacob A. Gillick, Esq.
Attorneys for Plaintiff Tibrio, LLC

3

DECLARATION OF JACOB A. GILLICK

# EXHIBIT 1

**Wednesday, March 11, 2026 at 1:27:20 PM Pacific Daylight Time**

| | |
|---|---|
| **Subject:** | RE: Tibrio v. SBG |
| **Date:** | Tuesday, March 10, 2026 at 1:29:34 PM Pacific Daylight Time |
| **From:** | Kenneth Taylor III |
| **To:** | Jacob Gillick |
| **Attachments:** | ~WRD2835.jpg, image001.jpg |

Jacob,

I will run that by my client/carrier, and let you know asap.

Thanks,

Ken

## Kenneth O. Taylor III, Esq.

Partner
9891 Irvine Center Drive, Suite 200
Irvine, California 92618
Office Direct:        714 709-4254
Cell Phone:          310 625-1269
ktaylor@rlattorneys.com



**ALBUQUERQUE | BAKERSFIELD | BURBANK | CHARLESTON | DALLAS | DENVER | FT LAUDERDALE | HIDALGO COUNTY (THE VALLEY) | HOUSTON | JACKSON | JACKSONVILLE | LAS VEGAS | LOS ANGELES | MIAMI | ORANGE COUNTY | ORLANDO | PHOENIX | RIVERSIDE | SACRAMENTO | SALT LAKE CITY | SAN ANTONIO | SAN DIEGO | SARASOTA | TAMPA | LONDON, UK**

www.rlattorneys.com
This message is confidential and may contain privileged information.  Only the intended recipient is authorized to read or utilize the information contained in this e-mail.  If you receive this message in error, please discard the message and advise the sender by reply e-mail or by phone.

---

**From:** Jacob Gillick <Jgillick@Gillicklegal.com>
**Sent:** Tuesday, March 10, 2026 12:52 PM
**To:** Kenneth Taylor III <KTaylor@rlattorneys.com>
**Subject:** Tibrio v. SBG

Hey Ken,

Would you be willing to enter into a stipulation to file an amended Complaint simply naming ZeetoGroup, LLC as an additional Plaintiff? If you are willing, I can send you possible redlines. I think this would be easier and more efficient than us filing a motion for

leave to amend.

Best,

**Jacob A. Gillick, Esq.**

**Phone** (858) 250-0656  **Fax** 858-216-1693

**Website** www.GillickLegal.com

**Email** JGillick@GillickLegal.com

**Address** 3990 Old Town Ave., Suite A200, San Diego, CA 92110

**CONFIDENTIALITY & DISCLAIMER NOTICE:** This email and any attachments may contain confidential or privileged information intended only for the use of the intended recipient. If you are not the intended recipient, any review, use, dissemination, distribution, or copying of this communication is strictly prohibited. If you received this message in error, please notify the sender immediately and delete it from your system. This communication is not intended as legal advice and does not create an attorney-client relationship unless you are a current client of Gillick Legal, APC and the advice specifically pertains to your matter.

# EXHIBIT 2

Andrew Gold    May 20, 2025 at 9:32 am    6 min    copy summary

Shared with: Jacob Gillick

## Summary    Transcript

Template: General ⌄

## ☰ Overview    ···

AndrewGold discussed issues with an insurance claim denial due to the insurer's lack of coverage for his company, which moved operations to Florida and reincorporated there. Jacob Gillick agreed to amend the complaint to reflect the correct company name and entity. AndrewGold emphasized the need for the insurer to cover the error and omission, not a breach of contract. They also clarified that the claim was due to a registration issue, not unsolicited emails. AndrewGold requested an extension for the claim, which Jacob agreed to handle, aiming to resolve the matter quickly and ensure Zeeto is reimbursed.

**Tuesday, March 10, 2026 at 12:12:17 PM Pacific Daylight Time**

| | |
|---|---|
| **Subject:** | Re: Tibrio v. SBG Media |
| **Date:** | Tuesday, May 20, 2025 at 9:45:38 AM Pacific Daylight Time |
| **From:** | Andrew Gold |
| **To:** | Jacob Gillick |
| **Attachments:** | image001.png, image002.png, image003.png |

Hi for your reference: Here, the named defendant is SBG Media, Inc., a New York Corporation, and not the Named Insured, SBG Media Enterprise LLC, located in Boynton Beach, Florida. There is no information to suggest that SBG Media, Inc., is a subsidiary of the Named Insured, SBG Media Enterprise LLC. As such, no Insured is a party to the lawsuit, and the Insuring Agreement has not been triggered and there is no coverage for this matter.

---

**From:** Jacob Gillick <Jgillick@Gillicklegal.com>
**Date:** Monday, May 19, 2025 at 4:25 PM
**To:** Andrew Gold <andrew@sbgmediainc.com>
**Subject:** Re: Tibrio v. SBG Media

Yes it does. Thanks.

Jacob A. Gillick, Esq.
**Gillick Legal APC**
1420 Kettner Blvd. Suite 100
San Diego, CA 92101
Tel. (858) 250-0656



CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Andrew Gold <andrew@sbgmediainc.com>
**Date:** Monday, May 19, 2025 at 1:24 PM
**To:** Jacob Gillick <Jgillick@Gillicklegal.com>
**Subject:** Re: Tibrio v. SBG Media

I understand, thanks. Does 12:30 eastern work for you?

Andy

Get [Outlook for iOS](#)

---

**From:** Jacob Gillick <[Jgillick@Gillicklegal.com](mailto:Jgillick@Gillicklegal.com)>
**Sent:** Monday, May 19, 2025 2:45:43 PM
**To:** Andrew Gold <[andrew@sbgmediainc.com](mailto:andrew@sbgmediainc.com)>
**Subject:** Re: Tibrio v. SBG Media

Hey Andrew,

Lets talk tomorrow. What time works best for you? Sorry I missed your e-mail. I have been in court.

Jacob A. Gillick, Esq.
**Gillick Legal APC**
1420 Kettner Blvd. Suite 100
San Diego, CA 92101
Tel. (858) 250-0656



CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Andrew Gold <[andrew@sbgmediainc.com](mailto:andrew@sbgmediainc.com)>
**Date:** Monday, May 19, 2025 at 8:31 AM
**To:** Jacob Gillick <[Jgillick@Gillicklegal.com](mailto:Jgillick@Gillicklegal.com)>
**Subject:** Re: Tibrio v. SBG Media

Hi,

Can we have a call to discuss? I have something to report.

Does 2:30est today work? Alternatively, i am pretty free tomorrow.

Thanks
Andy

Get [Outlook for iOS](#)

---

**From:** Jacob Gillick <[Jgillick@Gillicklegal.com](#)>
**Sent:** Monday, May 5, 2025 4:05:04 PM
**To:** Andrew Gold <[andrew@sbgmediainc.com](#)>
**Subject:** Tibrio v. SBG Media

Mr Gold:

Thank you again for your time today. As discussed, service was accepted on May 1, 2025. A response to the Complaint is due by May 22, 2025. Please confirm receipt of this e-mail and please forward my information on to your insurance carrier.

Best,

Jacob A. Gillick, Esq.
**Gillick Legal APC**
1420 Kettner Blvd. Suite 100
San Diego, CA 92101
Tel. (858) 250-0656



CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

# EXHIBIT 3

Gillick Legal APC
Jacob Gillick SBN 312336
1420 Kettner Blvd. Suite 108
San Diego, CA  92101


Representing: Plaintiff

UNITED STATES DISTRICT COURT
Southern District of California - District - San Diego

| | | |
|---|---|---|
| Tibrio, LLC | ) | Case No. 25-cv-1068-GPC-JLB |
| **Plaintiff/Petitioner** | ) | |
| | ) | Proof of Service of: |
| vs. | ) | Complaint, Civil Case Cover Sheet, Summons |
| | ) | |
| SBG Media, Inc., et al. | ) | Service on: |
| **Defendant/Respondent** | ) | SBG Media, Inc. |
| | ) | |
| | ) | |
| | ) | |

PROOF OF SERVICE

Order # 25252647

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Gillick Legal APC<br>Jacob Gillick SBN 312336<br>1420 Kettner Blvd. Suite 108<br>San Diego, CA 92101<br>    TELEPHONE NO:        FAX NO *(Optional):*<br>  E-MAIL ADDRESS *(Optional):*   jgillick@gillicklegal.com<br>  ATTORNEY FOR *(Name):*   Plaintiff | |

| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Southern District of California - District - San Diego<br>333 West Broadway<br>San Diego, CA  92101-8900 | |
|---|---|

| PLAINTIFF / PETITIONER:   Tibrio, LLC<br>DEFENDANT / RESPONDENT:   SBG Media, Inc., et al. | CASE NUMBER:<br>25-cv-1068-GPC-JLB |
|---|---|
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>13193776 (25252647) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Civil Case Cover Sheet, Summons

2. Party Served:           SBG Media, Inc.

3. Person Served:          The Corporation

4. Left With:              John Doe 60/M/C/150lbs/5'9'' - Owner of Mailing facility

5. Date & Time of Delivery:   April 30, 2025 at 11:41 am EDT

6. Address, City and State:   2071 Flatbush Ave STE 49 Brooklyn, NY, 11234

7. Manner of Service:      **SUBSTITUTION SERVICE:** By leaving the copies with or in the presence of John Doe 60/M/C/150lbs/5'9'', (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed them of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for service: $275

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Not a Registered California process server.
Beth Brice

_____
                                Beth Brice

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

Date: May 1, 2025

---

**PROOF OF SERVICE**

1 of 1
Order #25252647

MC-031

| PLAINTIFF / PETITIONER: Tibrio, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: SBG Media, Inc., et al. | 25-cv-1068-GPC-JLB |

## DECLARATION OF DILIGENCE

(This form must be attached to another form or court paper before it can be filed in court.)

Party Served: SBG Media, Inc.

1) Successful Attempt: Apr 30, 2025, 11:41 am EDT at Business: 2071 Flatbush Ave STE 49, Brooklyn, NY 11234 received by John Doe 60/M/C/150lbs/5'9''. Age: Approx 60; Ethnicity: Caucasian; Gender: Male; Weight: Approx 150; Height: 5'9"; Hair: Black; Eyes: Brown; Relationship: Owner of Mailing facility; Other: Serve went to the location which was a postal drop off for packages and mailboxes. There was a Jane Doe and John Doe there with a dog, that was running the establishment. I informed them that I needed to deliver a personal confidential letter to SBG Media Inc. He said that he could not disclose what businesses have mailboxes there but he would put it in the mailbox. Server asked that the documents, in an envelope marked personal and confidential be placed in mailbox #49. He charged server 2 dollars to do so.

*Serve went to the location which was a postal drop off for packages and mailboxes. There was a Jane Doe and John Doe there with a dog, that was running the establishment. I informed them that I needed to deliver a personal confidential letter to SBG Media Inc. He said that he could not disclose what businesses have mailboxes there but he would put it in the mailbox. Server asked that the documents, in an envelope marked personal and confidential be placed in mailbox #49. He charged server 2 dollars to do so.*

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:    May 1, 2025

Beth Brice
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for    ☐ Plaintiff    ☐ Petitioner    ☐ Defendant
☐ Respondent    ☒ Other *(Specify):* Process Server

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev.July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

MC-031

| | |
|---|---|
| PLAINTIFF / PETITIONER:  Tibrio, LLC<br>DEFENDANT / RESPONDENT:  SBG Media, Inc., et al. | CASE NUMBER:<br>25-cv-1068-GPC-JLB |

## DECLARATION OF MAILING

(This form must be attached to another form or court paper before it can be filed in court.)

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 North McDowell Blvd Suite 300, Petaluma, CA  94954.

On 5/1/2025, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Complaint, Civil Case Cover Sheet, Summons

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, CA, addressed as follows:

SBG Media, Inc.
The Corporation - Person Authorized to Accept Service of Process
2071 Flatbush Ave, STE 49
Brooklyn, NY 11234.


**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:   5/1/2025

Sandra Alcala
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for    ☐ Plaintiff    ☐ Petitioner    ☐ Defendant
☐ Respondent    ☒ Other *(Specify):* InfoTrack US, Inc.

# EXHIBIT 4

An official website of New York State.
Here's how you know ⌄



# Department of State
## Division of Corporations

## Entity Information

[ Return to Results ]    [ Return to Search ]

**Entity Details** ⌃

**ENTITY NAME:** SBG MEDIA INC.

**DOS ID:** 3959724

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 06/09/2010

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 06/09/2010

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** PAST DUE

**COUNTY:** KINGS

**NEXT STATEMENT DUE DATE:** 06/30/2012

**JURISDICTION:** NEW YORK, UNITED STATES

**NFP CATEGORY:**

‹    ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:**  THE CORPORATION

**Address:**  2071 FLATBUSH AVE STE 49, BROOKLYN, NY, UNITED STATES, 11234

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:**

**Address:**

Principal Executive Office Address

**Address:**

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| NO PAR VALUE | 200 | $0.00000 |

Agencies App Directory Counties Events Programs Services

# EXHIBIT 5

**Wednesday, March 11, 2026 at 1:47:37 PM Pacific Daylight Time**

| | |
|---|---|
| **Subject:** | Tibrio LLC v. SBG Media Inc |
| **Date:** | Monday, November 10, 2025 at 3:24:08 PM Pacific Standard Time |
| **From:** | Shannon Rosenkranz |
| **To:** | Jacob Gillick |
| **CC:** | Kenneth Taylor III |
| **Attachments:** | image001.gif, image002.png, LW_domain_privacy_case.pdf, 2025.11.10.SBG Initial Disclosure.pdf |

Good afternoon,

Please find attached the following documents.

1. DEFENDANTS ANDREW "ANDY" GOLD AND SBG MEDIA ENTERPRISE, LLC'S INITIAL DISCLOSURE PURSUANT TO RULE 26(A)(1)
2. LW Domain Privacy Case

Thank you,

**Shannon L. Rosenkranz**

*Legal Assistant to:*
*Kenneth O. Taylor, III*
*Casey Pope*
*Zachary Hamilton*
*Kristine Oquendo*
*srosenkranz@rlattorneys.com*
*Direct Phone: 714-280-4019*
*Fax: 714-586-9748*



Albuquerque | Bakersfield | Burbank | Charleston | Dallas | Denver | Ft Lauderdale | Hidalgo County (The Valley)  | Houston | Jackson | Jacksonville | Las Vegas | Los Angeles |  Miami | Orange County | Orlando | Phoenix | Riverside | Sacramento | Salt Lake City | San Diego | Sarasota | Tampa | London, UK

Conversation

s

support@liquidweb.com

6/26/2024 5:40:26 PM

Hello,

Enom is only able to reveal the Registrant information upon confirmation with the Registrant contact, due to the GDPR enactment of 2018.

That said, I have requested the privacy removal of all 208 domains listed in your Liquid Web account.  It sounds like Enom sent out consent requests for the remaining domains that are still private (presumably sent to chris@sbgmediainc.com).  Once you approve those, this should wrap up the ticket.

If you have any questions or concerns, please feel free to reply.

thread::qyCnT1mHcLqZgUbAJ-WXeD0::

s

support@liquidweb.com

6/26/2024 5:00:20 PM

Hi Chris,

Per our discussion, here is the visible Registrant information for all of your domains:

5in5today.com

Registrant Name: SBG Media

Registrant Organization: SBG Media, Inc

Registrant Street: 2071 Flatbush Ave

Registrant Street:

Registrant City: Brooklyn

Registrant State/Province: NY

Registrant Postal Code: 11234-4340

Registrant Country: US

Registrant Phone: +1.3474099882

Registrant Phone Ext:

Registrant Fax:

Registrant Email: chris@SBGMEDIAINC.COM

attentionmembers.com

Registrant Name: SBG Media

Registrant Organization:

Registrant Street: 2071 FLATBUSH AVE

Registrant Street:

Registrant City: BROOKLYN

Registrant State/Province: NY

Registrant Postal Code: 11234-4340

Registrant Country: US

Registrant Phone: +1.3474099882

Registrant Phone Ext:

Registrant Fax:

Registrant Email: chris@sbgmediainc.com

bhsstuff.com

Registrant Name: Andrew Gold

Registrant Organization: SBG Media, Inc

Registrant Street: 2071 Flatbush Ave

Registrant Street:

Registrant City: Brooklyn

Registrant State/Province: NY

Nexcess, a
Liquid Web brand
https://www.nexcess.net
Customer Help Center: https://help.nexcess.net
800-580-4985 Toll Free
517-322-0434 Intl.

517.322.9412 Secure Fax

thread::qyCnT1mHcLqZgUbAJ-WXeD0::

6/21/2024 10:26:34 AM

This system is horrible, I need to update the info Name: SBG Media Organization: SBG Media Inc Street: 6586 W Atlantic Ave STE 4871 City: Delray Beach State: Florida Postal Code: 33446 Country: US Phone: +1.3474099882 Email:: chris@sbgmediainc.com

6/21/2024 9:15:11 AM

Hello, any update on fixing our domains? We did get 8 fixed, what is the status of the other 200? thnx Chris

c

chris@sbgmediainc.com

6/20/2024 8:25:26 AM

Hello Stan, great to hear, currently the privacy is still active, lets hope it corrects soon.

Thnx

Chris

**From:** Liquid Web Support
**Sent:** Thursday, June 20, 2024 8:20 AM

# EXHIBIT 6

   

SBG Media Resources

AI Mode   **All**   Images   Videos   News   Forums   Shopping   More ▾   Tools ▾



 sbgmediainc.com
https://www.sbgmediainc.com   ⋮

## SBG Media

Our services. **SBG Media** unleashes the power of declared data to maximize return on your digital advertising campaigns. Flicker™ our proprietary technology, ...

### Data Solutions

Programmatic Audiences. With one of the largest online ... ⟩

More results from sbgmediainc.com »

 SBG Media
https://sbgmedia.com   ⋮

## SBG Media: Home

We are a full service Digital Media Agency. **SBG Media** leverages our 18 years experience in web design, data management, promotional branding and affiliate ... Read more

 LinkedIn · SBG Media
1.2K+ followers   ⋮

## SBG Media

**SBG Media** is a leader in digital media and data acquisition. Website: https://sbgmediainc.com. External link for SBG Media. Industry: Advertising Services. Read more